United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 15, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-11265
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

1997 CADILLAC DEVILLE, etc.; ET AL,

Defendants,

FREDERICO GONZALEZ, also known as Viejon,

Claimant-Appellant.

--------------------
Appeals from the United States District Court
for the Northern District of Texas, Dallas
(3:04-CV-648)
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Fifth Circuit Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.